IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILEMON T. ENOCH : CIVIL ACTION
:
v. :
:
TEMPLE UNIVERSITY HOSPITAL : NO. 08-4263

ORDER

AND NOW, this 20th day of November 2009, upon consideration of the defendant's Motion for Summary Judgment and the response thereto, and after oral argument, IT IS ORDERED:

That the Motion is GRANTED. JUDGMENT IS ENTERED IN FAVOR OF the defendant, TEMPLE UNIVERSITY HOSPITAL, and AGAINST the plaintiff, PHILEMON T. ENOCH.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.